# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sammartino, Janis L. | Southern District of California | 05/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

221 W. Broadway, Suite 4135
San Diego, CA 92101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | City of San Diego Pension | $47,704.55 |
| 2. 2015 | California State Judges Retirement | $95,528.88 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | California State Judges Retirement |
| 2. 2015 | PDR Corp. - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PARENT PLUS LOANS | UNSECURED LOANS FOR COLLEGE TUITION | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MITEK | A | Dividend | J | T | | | | | |
| 2. FISERV | | None | M | T | | | | | |
| 3. TEVA | A | Dividend | J | T | | | | | |
| 4. PRUDENTIAL | A | Dividend | J | T | | | | | |
| 5. AMERICAN GEN LIFE INS CO POLICY--CASH VALUE | | None | K | T | | | | | |
| 6. RENTAL PROPERTY #1, SAN DIEGO, CA (TRUST I) | | None | O | W | | | | | |
| 7. RENTAL PROPERTY #2, DEL MAR, CA | E | Rent | O | W | | | | | |
| 8. MORGAN STANLEY SELECT UMA, TRADITIONAL IRA | | None | O | T | | | | | |
| 9. -MS Bank Account | | | | | | | | | |
| 10. -Mutual Funds: | | | | | | | | | |
| 11. --AMG Systematic Mid Cap Val Int | | | | | Sold (part) | 08/14/15 | J | B | |
| 12. --AQR Managed Futures Strategy I | | | | | Sold (part) | 04/17/15 | J | B | |
| 13. --Causeway Intl Value Instl | | | | | | | | | |
| 14. --Center Coast MLP Focus I | | | | | Sold | 08/14/15 | K | | |
| 15. --Delaware Inv Sm Cap Val Inst | | | | | Sold (part) | 04/17/15 | J | A | |
| 16. --Eaton Vance Commodity Strat I | | | | | Sold (part) | 04/17/15 | J | | |
| 17. | | | | | Sold | 05/20/15 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Goldman Sachs Abslt Ret Trck I | | | | | Sold | 04/17/15 | L | | |
| 19. --Goldman Sachs Multi Mgr Alt I | | | | | Buy | 04/17/15 | K | | |
| 20. | | | | | Sold (part) | 08/14/15 | K | | |
| 21. --Ivy Mid Cap Growth I | | | | | Sold (part) | 08/14/15 | J | B | |
| 22. --John Hancock Displnd Val Inst | | | | | Sold (part) | 08/14/15 | J | A | |
| 23. --John Hancock Seaport I | | | | | Buy | 04/17/15 | K | | |
| 24. --JP Morgan Dynamic Sm Cp Gr Sel | | | | | Sold (part) | 04/17/15 | J | B | |
| 25. --Mainstay Large Cap Grw I | | | | | Sold (part) | 04/17/15 | K | D | |
| 26. | | | | | Sold (part) | 05/20/15 | L | E | |
| 27. | | | | | Sold (part) | 08/14/15 | J | B | |
| 28. --Nuveen Gresham Div Comm Strt I | | | | | Buy | 05/20/15 | J | | |
| 29. | | | | | Sold (part) | 08/14/15 | J | | |
| 30. --Riverpark/Wedgewood Inst | | | | | Buy | 05/20/15 | L | | |
| 31. | | | | | Sold (part) | 08/20/15 | K | | |
| 32. --Virtus Insight Emerg Mkts I | | | | | | | | | |
| 33. --Voya Global Real Estate I | | | | | Sold (part) | 04/17/15 | J | B | |
| 34. | | | | | Sold (part) | 08/14/15 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TRUST #2 (MS ACTIVE ASSETS ACCT) | E | Int./Div. | O | T | | | | | |
| 36. -Common Stocks | | | | | | | | | |
| 37. --Apple Inc | | | | | | | | | |
| 38. --EXAS stock (common) | | | | | | | | | |
| 39. --Facebook Inc | | | | | | | | | |
| 40. -Municipal Bonds: | | | | | | | | | |
| 41. --Santee CA Pub Fing Auth Lease Rev | | | | | Sold | 02/02/15 | K | | |
| 42. --Orange CA Redev Agy Tax Alloc Ref | | | | | Sold | 01/05/15 | K | | |
| 43. --Turlock CA Uni Sch Dist | | | | | Sold | 08/08/15 | K | | |
| 44. --CA St. Gengl Oblig Build America Bonds (Transferred from Trust #7) | | | | | Open | 12/15/15 | L | | |
| 45. --CA St. Genl Oblig Ser-2L | | | | | | | | | |
| 46. --Banning CA Util Auth Wastew | | | | | | | | | |
| 47. --Galt Schs Jt Pwrs Auth | | | | | | | | | |
| 48. --Liberty Calif Un High Sch Dist Ref | | | | | | | | | |
| 49. --CA St Pub Wks Brd Lease Rev | | | | | | | | | |
| 50. --CA St Genl Oblig Ref | | | | | | | | | |
| 51. --CA St Genl Oblig Ser-1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --CA St Genl Oblig Ref | | | | | | | | | |
| 53. --Foothill-De Anza Calif Cmnty College Di Oid | | | | | | | | | |
| 54. --CA Health Facs Fing Auth Rev Ser-D | | | | | | | | | |
| 55. --Los Angeles Community College Dist Ser-G | | | | | Buy | 02/05/15 | K | | |
| 56. --Montebello Calif Uni Sch Dis Oid | | | | | Buy | 01/06/15 | K | | |
| 57. --Chula Vista Calif Ctfs Part Rev Ref | | | | | Buy | 08/19/15 | L | | |
| 58. --El Centro Calif Fing Auth Wtr Rev Ref-A | | | | | Buy | 01/06/15 | L | | |
| 59. -MS Bank Acct | | | | | | | | | |
| 60. TRUST #3 (FID SVCS RETIREMENT ACCT, formerly Spectrum Asset Mgmt) | E | Int./Div. | O | T | | | | | |
| 61. -MS Bank account | | | | | | | | | |
| 62. -Preferred stocks: | | | | | | | | | |
| 63. --Aegon | | | | | Sold (part) | 05/12/15 | J | A | |
| 64. | | | | | Sold (part) | 06/26/15 | J | A | |
| 65. | | | | | Sold (part) | 08/03/15 | J | B | |
| 66. | | | | | Sold (part) | 09/01/15 | J | A | |
| 67. --Alexandria Real Estate | | | | | | | | | |
| 68. --Allstate Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Allstate Corp 6.625%-E | | | | | | | | | |
| 70. --Allstate Corp Dep | | | | | | | | | |
| 71. --Arch Cap Grp | | | | | | | | | |
| 72. --Aspen Insurance Hldg Ltd 5.95% | | | | | Sold | 02/25/15 | J | A | |
| 73. --Aspen Insurance Hldg Ltd 7.25% | | | | | Sold | 02/13/15 | J | A | |
| 74. --Axis Capital Hldgs Ltd 5.5%-D | | | | | | | | | |
| 75. --Axis Capital Hldgs Ltd 6.875% | | | | | | | | | |
| 76. --Bank New York Mellon | | | | | | | | | |
| 77. --Bank of America | | | | | | | | | |
| 78. --Bank of America Corp 6.5%-Y | | | | | Buy | 01/21/15 | J | | |
| 79. | | | | | Buy (add'l) | 02/02/15 | J | | |
| 80. | | | | | Buy (add'l) | 02/05/15 | J | | |
| 81. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 82. --Bank of America Corp 6.625%-W | | | | | | | | | |
| 83. --Barclay's Bank | | | | | Sold (part) | 03/03/15 | J | A | |
| 84. | | | | | Sold (part) | 03/20/15 | J | A | |
| 85. | | | | | Sold (part) | 08/05/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 10/15/15 | J | A | |
| 87.  --BB&T Corp 5.20%-G | | | | | | | | | |
| 88.  --BB&T Corp 5.2%-F | | | | | | | | | |
| 89.  --BB&T Corporation 5.625 Ser-E | | | | | | | | | |
| 90.  --BB&T Corporation 5.85% | | | | | | | | | |
| 91.  --Capital One 6.25%-C | | | | | | | | | |
| 92.  --Capital One Financial 6%-B | | | | | | | | | |
| 93.  --Capital One Finl Corp 6.70% Ser-B | | | | | Buy (add'l) | 01/26/15 | J | | |
| 94.  --Charles Schwab Corp 6% Ser-B | | | | | | | | | |
| 95.  --Citigroup Inc 5.80% Series C | | | | | | | | | |
| 96.  --Citigroup Inc 6.875%-K | | | | | Buy (add'l) | 01/15/15 | J | | |
| 97.  --Citigroup Inc 6.875%-L | | | | | Buy (add'l) | 03/25/15 | J | | |
| 98.  --Citigrp Inc 7.125%-J | | | | | | | | | |
| 99.  --City Natl Cp Dep Sh 5.50 Ser C | | | | | Sold (part) | 05/19/15 | J | | |
| 100. | | | | | Sold | 05/26/15 | J | | |
| 101.  --Deutsche Bank | | | | | Sold (part) | 03/20/15 | J | A | |
| 102. | | | | | Sold (part) | 11/30/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Digital Realty | | | | | | | | | |
| 104. --Digital Realty Trust 7.375%-H | | | | | | | | | |
| 105. --First Niagara Fin Grp | | | | | Sold | 03/04/15 | J | A | |
| 106. --Goldman Sachs Group | | | | | Buy (add'l) | 01/14/15 | J | | |
| 107. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 108. | | | | | Sold (part) | 01/26/15 | J | A | |
| 109. | | | | | Sold (part) | 07/17/15 | J | A | |
| 110. | | | | | Sold (part) | 09/03/15 | J | A | |
| 111. | | | | | Sold (part) | 09/04/15 | J | A | |
| 112. | | | | | Sold (part) | 09/24/15 | J | | |
| 113. | | | | | Sold (part) | 09/25/15 | J | | |
| 114. | | | | | Sold (part) | 11/05/15 | J | A | |
| 115. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 116. --Goldman Sachs Grp Inc 5.95%-I | | | | | Buy | 07/22/15 | J | | |
| 117. --Goldman Sachs Grp Inc 6.375%-K | | | | | | | | | |
| 118. --Health Care REIT 6.500% SER J | | | | | Sold | 11/05/15 | J | A | |
| 119. --Hospitality Pptys TR PFD-D | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --HSBC Holdings | | | | | Sold (part) | 08/05/15 | J | A | |
| 121. | | | | | Sold (part) | 08/18/15 | J | A | |
| 122. | | | | | Sold (part) | 09/01/15 | J | | |
| 123. | | | | | Sold (part) | 10/15/15 | J | | |
| 124. | | | | | Sold (part) | 10/26/15 | J | | |
| 125. | | | | | Sold | 11/03/15 | J | | |
| 126. --Ing Group NV 06.375 | | | | | Sold (part) | 08/05/15 | J | A | |
| 127. | | | | | Sold (part) | 09/01/15 | J | A | |
| 128. --Ing Group NV 6.125 | | | | | | | | | |
| 129. --Ing Group NV 7.2 | | | | | Sold | 03/04/15 | J | A | |
| 130. --Ing Group NV 7.05 | | | | | Sold | 03/27/15 | J | A | |
| 131. --JPMorgan Chase & Co 5.45%-P | | | | | | | | | |
| 132. --JPMorgan Chase & Co 5.5%-O | | | | | Sold (part) | 04/21/15 | J | A | |
| 133. --JPMorgan Chase & Co 6.125%-Y | | | | | Buy | 02/06/15 | J | | |
| 134. | | | | | Buy (add'l) | 02/11/15 | J | | |
| 135. --JPMorgan Chase & Co 6.15% BB | | | | | Buy | 12/09/15 | J | | |
| 136. --JPMorgan Chase & Co 6.3%-W | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --JPMorgan Chase & Co 6.70%-T | | | | | | | | | |
| 138. --Kimco Realty | | | | | Sold (part) | 11/25/15 | J | | |
| 139. --Morgan Stanley 6.625%-G | | | | | | | | | |
| 140. --Morgan Stanley 6.875%-F | | | | | | | | | |
| 141. --Morgan Stanley 7.125%-E | | | | | | | | | |
| 142. --Morgan Stanley Ser-A | | | | | | | | | |
| 143. --National Retail Prop 5.7%-E | | | | | | | | | |
| 144. --National Retail Prop 6.625% | | | | | | | | | |
| 145. --Partnerre Ltd 5.875%-F | | | | | Sold (part) | 10/21/15 | J | A | |
| 146. | | | | | Sold | 12/22/15 | J | A | |
| 147. --Partnerre Ltd. | | | | | Sold (part) | 07/07/15 | J | A | |
| 148. | | | | | Sold | 12/17/15 | J | A | |
| 149. --PNC Finl-P 6.125% FLTS | | | | | | | | | |
| 150. --PS Business Park | | | | | | | | | |
| 151. --Public Storage 5.20% | | | | | | | | | |
| 152. --Public Storage | | | | | | | | | |
| 153. --Public Storage 5.875%-A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Public Storage 6%-Z | | | | | | | | | |
| 155. --Public Storage 6.375%-Y | | | | | | | | | |
| 156. --RBS Cap Fndg Trust V 5.9% | | | | | Buy | 09/04/15 | J | | |
| 157. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 158. --Realty Income Corp | | | | | | | | | |
| 159. --Regency Centers | | | | | | | | | |
| 160. --Regions Financial Co 6.375%-B | | | | | | | | | |
| 161. --Renaissancere | | | | | | | | | |
| 162. --Renaissancere Hlds Ser-E 5.375 | | | | | | | | | |
| 163. --Royal Bk Scot | | | | | Sold (part) | 09/01/15 | J | B | |
| 164. --Schwab Charles Corp Ser C | | | | | Buy | 07/09/15 | J | | |
| 165. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 166. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 167. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 168. --State St Co 5.90%-D | | | | | | | | | |
| 169. --State Street Corp 5.25% | | | | | | | | | |
| 170. --State Street Corp 6% SER-E | | | | | Buy (add'l) | 01/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 172. --Suntrust Banks Inc 5.875%-E | | | | | | | | | |
| 173. --TCF Financial Corp 7.5%A | | | | | | | | | |
| 174. --UBS stock | | | | | | | | | |
| 175. --US Bancorp 5.15%-H | | | | | | | | | |
| 176. --US Banccorp | | | | | | | | | |
| 177. --Vornado Realty | | | | | | | | | |
| 178. --Vornado Realty TR Ser-L 5.40% | | | | | | | | | |
| 179. --Weingarten Realty | | | | | Sold | 05/08/15 | J | | |
| 180. --Wells Fargo & Company 6.625%-R | | | | | | | | | |
| 181. --Wells Fargo | | | | | | | | | |
| 182. --Wells Fargo 5.85-Q | | | | | | | | | |
| 183. -Fixed Rate Capital Securities: | | | | | | | | | |
| 184. --Affiliated Managers Group Inc 5.25% | | | | | Sold | 09/04/15 | J | | |
| 185. --Morgan Stanley Capital Trust III | | | | | Sold | 03/04/15 | J | A | |
| 186. --Morgan Stanley IV 6.250 Extendable | | | | | Sold | 03/13/15 | J | A | |
| 187. --Morgan Stanley Capital Trust V 5.75 | | | | | Sold | 04/23/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Entergy Louisiana LLC (ELB) | | | | | | | | | |
| 189. --Citigroup Capt XIII 7.875% Fix Ed | | | | | Sold | 05/26/15 | J | A | |
| 190. --Entergy Arkansas Inc. | | | | | | | | | |
| 191. --Entergy Louisiana LLC (ELA) | | | | | | | | | |
| 192. --Aegon NV 8% | | | | | | | | | |
| 193. --Raymond James Financial | | | | | | | | | |
| 194. --Hartford finl Svc Grp 7.875% | | | | | Buy (add'l) | 06/22/15 | J | | |
| 195. --Protective Life Corp 6.25% | | | | | | | | | |
| 196. --American Financial Group | | | | | | | | | |
| 197. --Senior Hsg Prop Trust 5.625% | | | | | | | | | |
| 198. --Affiliated Managers Group Inc | | | | | | | | | |
| 199. --American Financial Group Inc 5.75% | | | | | | | | | |
| 200. --Reinsurance Group America Inc (RZA) | | | | | Buy | 05/26/15 | J | | |
| 201. --Ventas Realty LP/Capital Corp 5/45% | | | | | | | | | |
| 202. --LLoyds Bankling | | | | | Sold (part) | 05/26/15 | J | | |
| 203. | | | | | Sold | 07/15/15 | J | | |
| 204. --Entergy Mississippi Inc 6% | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  --Qwest Corp | | | | | | | | | |
| 206.  --Stanley Black & Decker 5.75% | | | | | | | | | |
| 207.  --Aflac Inc | | | | | | | | | |
| 208.  --General Elec Cap Corp 4.875%-A | | | | | | | | | |
| 209.  --Entergy Arkansas Inc. 4.9% | | | | | | | | | |
| 210.  --Prudential Financial Inc 5.75% | | | | | | | | | |
| 211.  --Torchmark Corp 5.875% | | | | | | | | | |
| 212.  --Allstate Corp. 5.1% | | | | | | | | | |
| 213.  --General Elec Cap Corp 4.875-A | | | | | | | | | |
| 214.  --Prudential Financial Inc 5.70% | | | | | | | | | |
| 215.  --W.R. Berkley Corp 5.625% | | | | | | | | | |
| 216.  --General Elec Capital Corp 4.70% | | | | | | | | | |
| 217.  --Verizon Communications 5.9% (VZA) | | | | | Buy (add'l) | 12/14/15 | J | | |
| 218.  --American Financial Group | | | | | | | | | |
| 219.  --United States Cellular Corp | | | | | Sold | 01/26/15 | J | | |
| 220.  --Goldman Sachs Group Inc. (-111/GSF) | | | | | | | | | |
| 221.  --DTE Energy Co Ser I | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --Comcast Corp 5% | | | | | | | | | |
| 223. --Merrill Lynch Cap TR II 6.45% | | | | | Sold | 02/05/15 | J | A | |
| 224. --DTE Energy Co 5.25% | | | | | | | | | |
| 225. --Entergy Arkansas Inc. 4.75% | | | | | | | | | |
| 226. --Scana Corp 7.70% | | | | | Sold | 02/02/15 | J | | |
| 227. --Merrill Lynch Capital Trust I | | | | | Sold | 03/04/15 | J | A | |
| 228. --Nextera Energy Capital | | | | | | | | | |
| 229. --Duke Energy Corp | | | | | | | | | |
| 230. --Nextera Energy Capital Holdings Inc Ser J | | | | | | | | | |
| 231. --PPL Capital Funding Inc 5.90%-B | | | | | | | | | |
| 232. --Integrys Energy Grp Inc 6.00% | | | | | Sold | 11/13/15 | J | A | |
| 233. --The Southern Co 6.25%-A (SOJA) | | | | | Buy | 10/14/15 | J | | |
| 234. -Mutual Funds: | | | | | | | | | |
| 235. --Principal Capital Sec S | | | | | Buy | 02/25/15 | J | | |
| 236. | | | | | Buy (add'l) | 3/5/15 | J | | |
| 237. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 238. | | | | | Buy (add'l) | 03/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 60

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/10/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 240. | | | | | Buy (add'l) | 05/07/15 | J | | |
| 241. | | | | | Buy (add'l) | 05/21/15 | J | | |
| 242. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 243. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 244. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 245. | | | | | Buy (add'l) | 07/21/15 | J | | |
| 246. | | | | | Buy (add'l) | 08/07/15 | J | | |
| 247. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 248. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 249. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 250. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 251. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 252. | | | | | Buy (add'l) | 09/22/15 | J | | |
| 253. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 254. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 255. | | | | | Buy (add'l) | 10/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 257. | | | | | Buy (add'l) | 11/04/15 | J | | |
| 258. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 259. | | | | | Buy (add'l) | 11/17/15 | J | | |
| 260. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 261. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 262. -Money Market Fund | | | | | | | | | |
| 263. TRUST #4 (MS SELECT UMA BASIC SECURITIES ACCT) | E | Int./Div. | O | T | | | | | |
| 264. -Morgan Stanley Bank Account | | | | | | | | | |
| 265. -Common stocks: | | | | | | | | | |
| 266. --Acceleron Pharma Inc | | | | | Buy | 04/02/15 | J | | |
| 267. --Aegon NV ADR | | | | | Sold | 10/21/15 | J | | |
| 268. --Affiliated Mgrs Group Inc | | | | | | | | | |
| 269. --Ageas Sponsored ADR | | | | | Sold (part) | 10/15/15 | J | A | |
| 270. --Agree Realty Corp | | | | | Buy | 01/23/15 | J | | |
| 271. --Agrium Inc | | | | | | | | | |
| 272. --Akorn Inc | | | | | Sold (part) | 12/23/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. --Albemarle Corporation | | | | | Buy | 03/20/15 | J | | |
| 274. | | | | | Sold | 09/01/15 | J | | |
| 275. --Alexandria Real Estate Eq Inc | | | | | | | | | |
| 276. --Alexion Pharm Inc | | | | | | | | | |
| 277. --Allergan Plc Shs | | | | | Buy | 03/19/15 | J | | |
| 278. | | | | | Buy (add'l) | 07/29/15 | J | | |
| 279. --Alliance Data Systems Corp | | | | | | | | | |
| 280. --Allianz Se Ads | | | | | Buy | 10/22/15 | J | | |
| 281. --Alphabet Inc Cl A (previously listed as Google Inc) | | | | | | | | | |
| 282. --Alphabet Inc Cl C | | | | | Buy | 09/30/15 | J | | |
| 283. --Altisource Residential Corp B | | | | | Sold | 01/23/15 | J | A | |
| 284. --Altria Group Inc | | | | | Buy | 03/20/15 | J | | |
| 285. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 286. --Amazon Com Inc | | | | | | | | | |
| 287. --American Homes 4 Rent | | | | | Sold | 01/23/15 | J | A | |
| 288. --Ametek Inc | | | | | | | | | |
| 289. --Amreit Inc CL B | | | | | Sold | 01/23/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  --Anglo American PLC ADR New | | | | | Sold | 12/09/15 | J | | |
| 291.  --ANSYS Inc | | | | | | | | | |
| 292.  --Apartment Invt & Mgmt Co | | | | | | | | | |
| 293.  --Apple Inc | | | | | Sold (part) | 10/15/15 | J | A | |
| 294.  --AT&T Inc | | | | | Sold (part) | 07/14/15 | J | | |
| 295.  --Avalonbay Comm Inc | | | | | | | | | |
| 296.  --AXA ADS | | | | | Sold | 12/09/15 | J | A | |
| 297.  --Axis Capital Holdings Ltd | | | | | | | | | |
| 298.  --BAE Sys Plc Spon ADR | | | | | | | | | |
| 299.  --Bank of Nova Scotia | | | | | Buy | 12/09/15 | J | | |
| 300.  --Bayer Ag Spon Adr | | | | | Buy | 05/11/15 | J | | |
| 301.  --BCE Inc | | | | | Sold | 07/14/15 | J | | |
| 302.  --BHP Billiton Plc Spons ADR | | | | | | | | | |
| 303.  --Biogen Inc Com | | | | | Buy | 07/27/15 | J | | |
| 304.  --Biomed Realty Trust Inc | | | | | Buy | 01/23/15 | J | | |
| 305.  --BK Montreal | | | | | | | | | |
| 306.  --Blackrock Inc | | | | | Buy | 03/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --Boston Properties Inc. | | | | | | | | | |
| 308. --Brandywine Realty Tr SBI | | | | | Sold | 01/23/15 | J | A | |
| 309. --Bristol Myers Squibb Co | | | | | Buy | 03/20/15 | J | | |
| 310. --Brixmore Ppty Group Inc | | | | | Buy | 01/23/15 | J | | |
| 311. --CA Incorporated | | | | | Buy | 03/20/15 | J | | |
| 312. --Camden Property Trust | | | | | Sold | 01/23/15 | J | A | |
| 313. --Cameco Corp | | | | | | | | | |
| 314. --Canadian Natural Resources Ltd | | | | | Buy | 03/18/15 | J | | |
| 315. --Canon Inc ADR New | | | | | | | | | |
| 316. --Cardinal Health Inc. | | | | | | | | | |
| 317. --Carnival Cp New Paired Com | | | | | Buy | 03/20/15 | J | | |
| 318. --Carrefour SA | | | | | | | | | |
| 319. --Caterpillar Inc | | | | | Buy | 12/09/15 | J | | |
| 320. --Catlin Grp Ltd Spons ADR | | | | | Sold | 01/07/15 | J | A | |
| 321. --CBL & Assoc Pptys Inc | | | | | Sold | 01/23/15 | J | | |
| 322. --Celgene Corp | | | | | Sold (part) | 03/02/15 | J | C | |
| 323. --Centrais Elec | | | | | Sold | 04/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. --Centurylink Inc | | | | | | | | | |
| 325. --Cerner Corp. | | | | | | | | | |
| 326. --Chevron Corp | | | | | Buy | 03/20/15 | J | | |
| 327. --China Mobile Ltd | | | | | | | | | |
| 328. --China Pete&Chem CP ADS | | | | | Sold | 04/02/15 | J | | |
| 329. --China Resoures Pwr Holdgs Co | | | | | | | | | |
| 330. --Chunghwa Telecom Ltd | | | | | Sold | 05/06/15 | J | A | |
| 331. --Church & Dwight Co | | | | | | | | | |
| 332. --Cincinnati Financial Ohio | | | | | Buy | 03/20/15 | J | | |
| 333. --Cisco Sys Inc | | | | | Buy | 03/20/15 | J | | |
| 334. --Citrix Systems Inc | | | | | | | | | |
| 335. --City Dev Ltd Spon ADR | | | | | | | | | |
| 336. --Cnooc Ltd ADS | | | | | | | | | |
| 337. --Coach Inc | | | | | | | | | |
| 338. --Coca Cola Co | | | | | Buy | 03/20/15 | J | | |
| 339. --Cognizant Tech Solutions | | | | | | | | | |
| 340. --Communications Sales&Leas Inc | | | | | Buy | 03/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. --Conocophillips | | | | | Buy (add'l) | 03/20/15 | J | | |
| 342. --Corning Inc | | | | | Buy | 03/20/15 | J | | |
| 343. | | | | | Sold | 10/15/15 | J | | |
| 344. --Corrections Corp of Amer New | | | | | Buy | 03/20/15 | J | | |
| 345. --Crown Castle Intl Corp New Com | | | | | Buy | 01/23/15 | J | | |
| 346. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 347. --Cubesmart Com | | | | | Buy | 10/13/15 | J | | |
| 348. --CVS Health Corp Com | | | | | | | | | |
| 349. --DAI NIPPPN | | | | | | | | | |
| 350. --Danaher Corp | | | | | | | | | |
| 351. --Decker Outdoor Corp | | | | | | | | | |
| 352. --Deutsche Telekom | | | | | Sold | 09/04/15 | J | A | |
| 353. --Depomed Inc | | | | | Buy | 03/03/15 | J | | |
| 354. --Digital Realty Trust Inc | | | | | | | | | |
| 355. --Dominion Res Inc | | | | | Buy | 03/20/15 | J | | |
| 356. --Douglas Emmett Inc | | | | | Sold | 01/23/15 | J | A | |
| 357. --Dow Chemical | | | | | Buy | 11/04/15 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. --Duke Energy Corp New | | | | | Buy | 03/20/15 | J | | |
| 359. --Eastgroup Properties Inc | | | | | | | | | |
| 360. --Ecolab Inc | | | | | | | | | |
| 361. --Ecopetrol S A Sponsored ADS | | | | | Sold | 12/09/15 | J | | |
| 362. --Education Rlty Tr Inc Com | | | | | Buy | 01/23/15 | J | | |
| 363. --Electricite de France | | | | | Sold | 12/10/15 | J | | |
| 364. --Eli Lilly & Co | | | | | Buy | 03/20/15 | J | | |
| 365. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 366. --EMC Corp | | | | | Sold | 04/09/15 | J | A | |
| 367. --Emerson Electric Co | | | | | Buy | 12/09/15 | J | | |
| 368. --Eni Spa Amer Dep Recpt | | | | | Sold | 03/13/15 | J | | |
| 369. --Ensco Plc Class A | | | | | Sold | 03/04/15 | J | | |
| 370. --Eog Resources Inc | | | | | | | | | |
| 371. --Epam Systems | | | | | | | | | |
| 372. --EPR Pptys Com | | | | | | | | | |
| 373. --Equity Lifestyle Properties | | | | | Sold | 09/09/15 | J | A | |
| 374. --Equity One Inc | | | | | Sold | 01/23/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 26 of 60

**Name of Person Reporting**

Sammartino, Janis L.

**Date of Report**

05/10/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. --Ericsson LM Tel ADR | | | | | | | | | |
| 376. --Essex Property Trust Inc | | | | | Sold | 09/09/15 | J | A | |
| 377. --Express Scripts Inc | | | | | | | | | |
| 378. --Facebook Inc Cl-A | | | | | Buy | 07/17/15 | J | | |
| 379. --Fedl Rlty Invt Trust S B I | | | | | | | | | |
| 380. --Federated Investors Inc | | | | | Buy | 03/20/15 | J | | |
| 381. | | | | | Sold | 11/06/15 | J | | |
| 382. --Freeport-McMoran Inc | | | | | Sold | 03/25/15 | J | | |
| 383. --First Indust Realty Tr Inc | | | | | Buy | 01/23/15 | J | | |
| 384. --Flextronics Intl Ltd | | | | | Buy | 02/26/15 | J | | |
| 385. --Fortinet Inc | | | | | Buy | 04/09/15 | J | | |
| 386. --Fujifilm Hldgs Corp | | | | | | | | | |
| 387. --Gazprom O A O Spon ADR | | | | | Sold (part) | 03/18/15 | J | | |
| 388. --General Electric Co | | | | | Buy | 05/04/15 | J | | |
| 389. | | | | | Buy (add'l) | 06/22/15 | J | | |
| 390. --Genl Dynamics Corp | | | | | Buy | 03/20/15 | J | | |
| 391. --GEO Group Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. --Gilead Science | | | | | Sold (part) | 04/27/15 | J | B | |
| 393. --Glaxosmithkline PLC | | | | | Buy (add'l) | 07/14/15 | J | | |
| 394. --Glencore Plc Adr | | | | | Buy | 02/26/15 | J | | |
| 395. --Gramercy Property Trust Inc | | | | | | | | | |
| 396. --Gulfport Energy Corp New | | | | | Sold | 07/27/15 | J | | |
| 397. --H & R Block Inc | | | | | Buy | 11/06/15 | J | | |
| 398. --H Lundbeck as Spon ADR | | | | | | | | | |
| 399. --Hain Celestial Group Inc | | | | | | | | | |
| 400. --Hasbro Inc | | | | | Buy | 03/20/15 | J | | |
| 401. --HCP Incorporated | | | | | | | | | |
| 402. --Henderson Ld Dev Co Ltd | | | | | | | | | |
| 403. --Home Retail Group ADR | | | | | | | | | |
| 404. --Hospira Inc | | | | | Buy | 02/06/15 | J | | |
| 405. | | | | | Sold | 04/09/15 | J | A | |
| 406. --Hospitality Pptys Tr Com SBI | | | | | Sold | 01/23/15 | J | A | |
| 407. | | | | | Buy | 10/13/15 | J | | |
| 408. --Host Hotel & Resorts Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. --HSBC Holdings PLC | | | | | | | | | |
| 410. --Husky Energy | | | | | | | | | |
| 411. --Ill Tool Works Inc. | | | | | | | | | |
| 412. --Impala Platinum Hldgs Ltd | | | | | Sold | 08/17/15 | J | | |
| 413. --Incyte Corp | | | | | Buy | 09/11/15 | J | | |
| 414. --ING Groep NV ADR | | | | | Buy (add'l) | 01/08/15 | J | | |
| 415. --Intel Corp | | | | | Buy (add'l) | 03/20/15 | J | | |
| 416. --Intercontinentalexchange Inc | | | | | | | | | |
| 417. --International Paper Co | | | | | Buy | 12/09/15 | J | | |
| 418. --Intl Business Machines Corp | | | | | Buy | 12/09/15 | J | | |
| 419. --Ionis Pharmaceuticals Inc (previously listed as Isis Pharm Inc) | | | | | | | | | |
| 420. --Iron Mtn Inc New Com | | | | | Buy | 01/23/15 | J | | |
| 421. --Japan Tob Inc | | | | | Buy | 01/22/15 | J | | |
| 422. --Johnson & Johnson | | | | | Sold (part) | 02/04/15 | J | A | |
| 423. | | | | | Sold (part) | 02/18/15 | J | A | |
| 424. --KB Financial Grp Inc Sons ADR | | | | | Sold | 09/09/15 | J | | |
| 425. --Kinder Morgan Incorp | | | | | Buy | 03/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. --Kite Rlty Group Tr | | | | | Buy | 01/23/15 | J | | |
| 427. --Kraft Foods Group Inc | | | | | Sold | 03/25/15 | J | A | |
| 428. --Lexington Realty Trust | | | | | Sold | 01/23/15 | J | | |
| 429. --LKQ Corporation | | | | | | | | | |
| 430. --Lorillard Inc | | | | | Sold | 06/12/15 | J | A | |
| 431. --Lowes Companies Inc | | | | | Buy | 03/20/15 | J | | |
| 432. --LTC Properties Inc | | | | | | | | | |
| 433. --Lyondellbasell Nv Cl-A | | | | | Buy | 04/02/15 | J | | |
| 434. --Mallinckrodt Public Ltd Co | | | | | Sold (part) | 07/29/15 | J | B | |
| 435. | | | | | Sold | 09/02/15 | J | A | |
| 436. --Manpowergroup INC COM | | | | | | | | | |
| 437. --Maximus Inc | | | | | | | | | |
| 438. --Mead Johnson Nutrition Company | | | | | Sold | 07/20/15 | J | A | |
| 439. --Metlife Incorporated | | | | | Buy | 05/06/15 | J | | |
| 440. --Michael Kors Holdings Ltd | | | | | Sold | 07/17/15 | J | | |
| 441. --Microsoft Corp | | | | | Buy | 03/25/15 | J | | |
| 442. --Mitsubishi Tanbe Phrm Cp ADR | | | | | Sold | 01/27/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 60

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/10/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. --Mitsui & Co Ltd Adr | | | | | Buy | 07/14/15 | J | | |
| 444. --Mondelez Intl Inc Com | | | | | | | | | |
| 445. --Monmouth RL Est Invt Cp A | | | | | Sold | 01/23/15 | J | A | |
| 446. --MS&AD Ins Group | | | | | Sold (part) | 10/15/15 | J | A | |
| 447. --National Retail Properties | | | | | | | | | |
| 448. --Newmarket Corp | | | | | Buy | 03/20/15 | J | | |
| 449. --Nippon Telegraph&Telephone | | | | | Sold (part) | 10/15/15 | J | A | |
| 450. --Noble Corp PLC Shs Usd | | | | | Sold | 08/04/15 | J | | |
| 451. --Norfolk Southern Corp | | | | | Buy | 09/01/15 | J | | |
| 452. --Northstar Rlty Fin Corp | | | | | Buy | 10/13/15 | J | | |
| 453. --Nucor Corporation | | | | | Buy | 10/13/15 | J | | |
| 454. --Oreilly Automotive Inc | | | | | Sold (part) | 10/23/15 | J | C | |
| 455. --Orange New | | | | | | | | | |
| 456. --Outfront Media Inc Com Npv | | | | | Buy | 01/23/15 | J | | |
| 457. --Oversea-Chinese Bkg Corp Ltd | | | | | Buy | 09/08/15 | J | | |
| 458. --Panasonic Corp | | | | | | | | | |
| 459. --Paychex Inc | | | | | Buy | 03/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 60

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/10/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. --Pebblebrook Hotel Tr Com | | | | | Buy | 01/23/15 | J | | |
| 461. | | | | | Sold | 10/13/15 | J | | |
| 462. --Pepsico Inc | | | | | | | | | |
| 463. --Perrigo Co Ltd | | | | | | | | | |
| 464. --Petrochina Co Ltd | | | | | | | | | |
| 465. --Pharmacyclics Inc | | | | | Sold | 01/05/15 | J | | |
| 466. --Pfizer Inc | | | | | Buy | 03/20/15 | J | | |
| 467. --PJSC Lukoil Sponsored Adr | | | | | Buy | 07/14/15 | J | | |
| 468. --Posco ADS | | | | | | | | | |
| 469. --Potash Cp of Saskatchewan Inc | | | | | Sold | 02/06/15 | J | | |
| 470. --Praxair Inc | | | | | Sold | 02/12/15 | J | A | |
| 471. --Precision Castparts Corp | | | | | Sold | 02/02/15 | J | B | |
| 472. --Priceline.com Inc | | | | | | | | | |
| 473. --Public Storage | | | | | Sold | 05/04/15 | J | | |
| 474. --Proofpoint Inc | | | | | Buy | 04/09/15 | J | | |
| 475. --Prudential Financial Inc | | | | | Buy | 04/02/15 | J | | |
| 476. --Qualcomm Inc | | | | | Sold | 09/11/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 60

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/10/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. --Realty Income Corp | | | | | Sold | 01/23/15 | J | A | |
| 478. --Refresco Gerber Adr | | | | | Buy | 08/28/15 | J | | |
| 479. --Reynolds American Inc | | | | | Buy (add'l) | 03/20/15 | J | | |
| 480. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 481. --Rio Tinto Plc | | | | | | | | | |
| 482. --Roche Holdings Adr | | | | | Buy | 01/23/15 | J | | |
| 483. | | | | | Buy (add'l) | 03/20/15 | J | | |
| 484. --Rohm Co Ltd | | | | | | | | | |
| 485. --Ross Stores Inc | | | | | | | | | |
| 486. --Royal Bank of Canada | | | | | | | | | |
| 487. --Royal Bk Scotland Group Sp Adr | | | | | Buy | 04/07/15 | J | | |
| 488. --Royal DSM NV Sponsored ADR | | | | | | | | | |
| 489. --Royal Dutch Shell PLC (RDS'A) | | | | | | | | | |
| 490. --Royal Dutch Shell PLC | | | | | | | | | |
| 491. --Sally Beauty Hodgs Inc | | | | | | | | | |
| 492. --Sanofi ADR | | | | | | | | | |
| 493. --Sap Ag | | | | | Buy | 02/04/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 60

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/10/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  --Schlumberger Ltd | | | | | Sold (part) | 07/16/15 | J | A | |
| 495. | | | | | Sold (part) | 07/27/15 | J | | |
| 496. | | | | | Sold | 10/23/15 | J | | |
| 497.  --Sekisui House Ltd | | | | | | | | | |
| 498.  --Senior Hsg Ppty Tr SBI | | | | | Sold | 01/23/15 | J | | |
| 499.  --Seven & I Holdgs Co | | | | | | | | | |
| 500.  --Shaw Communic Inc | | | | | Sold | 07/14/15 | J | | |
| 501.  --Shiseido Ltd | | | | | | | | | |
| 502.  --Siemens Aktiengesellschaft | | | | | | | | | |
| 503.  --Silver Bay Realty Trust Cp | | | | | Sold | 01/23/15 | J | A | |
| 504.  --Simon Ppty Group Inc | | | | | Sold (part) | 01/23/15 | J | A | |
| 505.  --SK Telecom Co | | | | | Buy (add'l) | 05/18/15 | J | | |
| 506.  --Sky PLC | | | | | | | | | |
| 507.  --Staples Inc | | | | | Sold | 06/08/15 | J | A | |
| 508.  --Starbucks Corp | | | | | | | | | |
| 509.  --Statoil Asa Adr | | | | | Buy | 07/14/15 | J | | |
| 510.  --Stericycle Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 60

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/10/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511.  --Sumitomo Mitsui Tr Hldgs | | | | | | | | | |
| 512.  --Sun Life Finl Svcs | | | | | Sold | 05/06/15 | J | | |
| 513.  --Swiss Re Ltd Sponsored Adr | | | | | | | | | |
| 514.  --Swisscom Ag ADR | | | | | Sold | 01/20/15 | J | A | |
| 515.  --Tanger Factory Outlet Centers | | | | | Sold | 01/23/15 | J | A | |
| 516.  --Teck Resources Ltd | | | | | Sold | 04/23/15 | J | | |
| 517.  --Telcom Italia | | | | | Sold (part) | 11/09/15 | J | A | |
| 518. | | | | | Sold | 11/10/15 | J | A | |
| 519.  --Telefonica Brasil Sa Spon Adr | | | | | | | | | |
| 520.  --Telefonica Sa Adr | | | | | | | | | |
| 521.  --Telenor Asa Adr | | | | | | | | | |
| 522.  --Teliasonera Ab Unspon Adr | | | | | Buy | 03/16/15 | J | | |
| 523.  --Telstra Corp Ltd Spon Adr | | | | | | | | | |
| 524.  --Telus Corp New | | | | | Sold | 10/13/15 | J | | |
| 525.  --Tenaris S.A. | | | | | Buy | 05/22/15 | J | | |
| 526.  --Terreno Rlty Corp Com | | | | | Buy | 01/23/15 | J | | |
| 527.  --Tesco PLC Sponsored ADR | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 60

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/10/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. --TEVA Pharmaceuticals | | | | | Sold (part) | 04/16/15 | J | A | |
| 529. --The Mosaic Co | | | | | Buy | 03/20/15 | J | | |
| 530. | | | | | Buy (add'l) | 06/22/15 | J | | |
| 531. --TNT Express NV | | | | | Sold | 04/14/15 | J | A | |
| 532. --Total S A Spon Adr | | | | | | | | | |
| 533. --Toyota Motor Cp | | | | | | | | | |
| 534. --Transdigm Group Inc | | | | | | | | | |
| 535. --TSB Bkg Group Plc Adr Repstg | | | | | Sold | 03/23/15 | J | A | |
| 536. --UBS Ag New | | | | | | | | | |
| 537. --Ulta Salon Cos & Fragr Inc | | | | | | | | | |
| 538. --Unilever Nv Ny Sh New | | | | | Buy | 07/14/15 | J | | |
| 539. --Unitedhealth Gp Inc | | | | | Buy | 07/27/15 | J | | |
| 540. | | | | | Buy (add'l) | 07/29/15 | J | | |
| 541. --VF Corp | | | | | | | | | |
| 542. --Vallourec SA New Spon ADR | | | | | Sold | 06/04/15 | J | | |
| 543. --Ventas Inc | | | | | | | | | |
| 544. --Verisk Analytics Inc Com | | | | | Buy | 02/12/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 60

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/10/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. --Verizon Communications | | | | | Buy (add'l) | 03/20/15 | J | | |
| 546. | | | | | Sold (part) | 07/14/15 | J | | |
| 547. --Visa Inc | | | | | | | | | |
| 548. --Vodafone Gp | | | | | Sold | 07/14/15 | J | A | |
| 549. --Vornado Realty TR S B I | | | | | Buy (add'l) | 01/20/15 | J | | |
| 550. --Wacoal Cp | | | | | | | | | |
| 551. --Waste Connections | | | | | | | | | |
| 552. --Weingarten Realty Inv SBI | | | | | | | | | |
| 553. --Wells Fargo & Co New | | | | | Buy | 03/20/15 | J | | |
| 554. --Welltower Inc (previously listed as Health Care REIT Inc) | | | | | | | | | |
| 555. --Western Un Co | | | | | Buy | 08/04/15 | J | | |
| 556. --Weyerhaeuser Co | | | | | | | | | |
| 557. --Wolters Kluwer | | | | | | | | | |
| 558. -Preferred Stocks | | | | | | | | | |
| 559. --Centrais Elec Bras ADR | | | | | Sold | 04/14/15 | J | | |
| 560. --Wells Fargo & Company 6% | | | | | Buy | 09/24/15 | J | | |
| 561. -Exchange-Traded & Closed-End Funds | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **Sammartino, Janis L.**

Date of Report: 05/10/2016

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562.  --Ishares 7-10 yr Treasry Bd ETF | | | | | Sold (part) | 02/18/15 | K | | |
| 563. | | | | | Sold | 03/02/15 | K | | |
| 564.  --Ishares Russell 2000 ETF | | | | | Sold (part) | 02/02/15 | K | A | |
| 565. | | | | | Sold (part) | 03/20/15 | L | C | |
| 566. | | | | | Sold (part) | 04/30/15 | K | | |
| 567. | | | | | Sold (part) | 11/06/15 | K | A | |
| 568. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 569.  --Ishares Msci Eafe Etf | | | | | Buy | 03/18/15 | J | | |
| 570. | | | | | Buy (add'l) | 05/08/15 | J | | |
| 571. | | | | | Sold | 06/29/15 | J | | |
| 572.  --Ishares S&P Midcap 400 Index | | | | | Sold (part) | 02/02/15 | K | | |
| 573. | | | | | Sold | 03/20/15 | K | A | |
| 574.  --Ishares 3-7 Yr Treasury Bd Etf | | | | | Buy | 02/02/15 | K | | |
| 575. | | | | | Sold | 03/02/15 | K | | |
| 576.  --Powershares QQQ Tr | | | | | Buy | 01/22/15 | J | | |
| 577. | | | | | Buy (add'l) | 01/23/15 | J | | |
| 578. | | | | | Sold (part) | 03/13/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold (part) | 03/26/15 | J | | |
| 580. | | | | | Buy | 10/02/15 | J | | |
| 581. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 582. | | | | | Sold (part) | 11/18/15 | J | A | |
| 583. --Proshares Ultra Midcap 400 | | | | | Sold (part) | 02/02/15 | J | | |
| 584. | | | | | Sold | 03/20/15 | J | A | |
| 585. --Proshares Ultr 7-10 Year Tr | | | | | Sold (part) | 02/18/15 | J | | |
| 586. | | | | | Sold | 03/02/15 | J | | |
| 587. --Proshares Ultra Russell2000 | | | | | Sold (part) | 02/02/15 | J | A | |
| 588. | | | | | Sold | 03/20/15 | J | A | |
| 589. --Proshares Ultra S&P500 | | | | | Sold (part) | 01/05/15 | J | A | |
| 590. | | | | | Sold | 03/20/15 | J | A | |
| 591. --S & P 500 Index Fund | | | | | Sold (part) | 01/05/15 | K | | |
| 592. | | | | | Sold | 03/20/15 | K | A | |
| 593. --SPDR Barclays Capital 1-3 Mont | | | | | Sold (part) | 01/22/15 | J | | |
| 594. | | | | | Sold (part) | 01/23/15 | J | | |
| 595. | | | | | Sold (part) | 02/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold (part) | 03/15/15 | J | | |
| 597. | | | | | Sold (part) | 03/19/15 | J | | |
| 598. | | | | | Sold (part) | 03/30/15 | J | | |
| 599. | | | | | Sold (part) | 03/31/15 | J | | |
| 600. | | | | | Sold (part) | 05/08/15 | J | | |
| 601. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 602. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 603. | | | | | Sold (part) | 10/02/15 | J | | |
| 604. | | | | | Sold (part) | 10/05/15 | J | | |
| 605. | | | | | Sold (part) | 10/06/15 | J | | |
| 606. | | | | | Sold (part) | 10/12/15 | J | | |
| 607. | | | | | Sold (part) | 10/23/15 | J | | |
| 608. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 609. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 610. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 611. | | | | | Sold (part) | 12/15/15 | J | | |
| 612. --SPDR Trust Seris I | | | | | Sold (part) | 01/05/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold (part) | 01/06/15 | J | | |
| 614. | | | | | Sold (part) | 01/16/15 | J | | |
| 615. | | | | | Sold (part) | 03/09/15 | J | A | |
| 616. | | | | | Sold (part) | 07/08/15 | J | | |
| 617. | | | | | Sold (part) | 08/26/15 | J | | |
| 618. | | | | | Sold (part) | 09/29/15 | J | | |
| 619. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 620. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 621. | | | | | Sold (part) | 11/06/15 | J | | |
| 622. | | | | | Sold (part) | 12/11/15 | J | | |
| 623. TRUST #5 (MS FID SVCS ) | D | Int./Div. | O | T | | | | | |
| 624. -MS Liquid Asset Fund | | | | | | | | | |
| 625. -Common Stocks: | | | | | | | | | |
| 626. --Abbvie Inc Com | | | | | Buy | 02/13/15 | J | | |
| 627. | | | | | Buy (add'l) | 02/17/15 | J | | |
| 628. | | | | | Sold (part) | 06/30/15 | J | | |
| 629. | | | | | Sold | 10/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. --Amer Intl Gp Inc New (AIG) | | | | | Sold | 02/06/15 | J | B | |
| 631. --Anglogold Ashanti Ltd | | | | | Sold (part) | 01/22/15 | J | | |
| 632. | | | | | Sold | 01/26/15 | J | | |
| 633. --AON Corp | | | | | Sold (part) | 06/11/15 | J | B | |
| 634. | | | | | Sold (part) | 06/12/15 | J | A | |
| 635. --Apache Corp | | | | | Sold (part) | 04/16/15 | J | | |
| 636. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 637. --Arris Group Inc Com New | | | | | Buy | 10/29/15 | J | | |
| 638. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 639. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 640. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 641. --Aryzta Ag Zuerich | | | | | Buy | 06/30/15 | J | | |
| 642. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 643. | | | | | Buy (add'l) | 07/29/15 | J | | |
| 644. --Avery Dennison Corporation | | | | | Sold (part) | 05/29/15 | J | A | |
| 645. | | | | | Sold (part) | 06/01/15 | J | A | |
| 646. | | | | | Sold (part) | 08/14/15 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold | 08/28/15 | J | A | |
| 648. --Bank of America Corp | | | | | Buy | 04/29/15 | J | | |
| 649. --Bio Rad Lab A | | | | | Sold (part) | 08/28/15 | J | A | |
| 650. --Brandywine Realty Tr | | | | | Buy (add'l) | 02/05/15 | J | | |
| 651. | | | | | Buy (add'l) | 03/09/15 | J | | |
| 652. --CA Incorporated | | | | | Sold (part) | 01/21/15 | J | A | |
| 653. | | | | | Sold (part) | 03/16/15 | J | A | |
| 654. | | | | | Sold (part) | 03/17/15 | J | A | |
| 655. | | | | | Sold (part) | 05/08/15 | J | A | |
| 656. | | | | | Sold (part) | 08/13/15 | J | A | |
| 657. | | | | | Sold | 08/14/15 | J | A | |
| 658. --Canadian Natural Resources Ltd | | | | | Sold | 01/21/15 | J | | |
| 659. --Cit Group Inc New | | | | | Buy (add'l) | 04/06/15 | J | | |
| 660. | | | | | Buy (add'l) | 04/07/15 | J | | |
| 661. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 662. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 663. | | | | | Buy (add'l) | 11/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 665. --Citigroup Inc. | | | | | Buy (add'l) | 02/05/15 | J | | |
| 666. --Coherent Inc | | | | | Buy (add'l) | 01/08/15 | J | | |
| 667. | | | | | Buy (add'l) | 01/09/15 | J | | |
| 668. | | | | | Buy (add'l) | 01/13/15 | J | | |
| 669. | | | | | Buy (add'l) | 01/22/15 | J | | |
| 670. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 671. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 672. --Copa Holdings | | | | | Buy (add'l) | 05/07/15 | J | | |
| 673. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 674. --Denbury Resources Inc | | | | | Sold | 03/05/15 | J | | |
| 675. --Discover Fincl Svcs | | | | | Buy | 02/04/15 | J | | |
| 676. | | | | | Buy (add'l) | 02/05/15 | J | | |
| 677. | | | | | Buy (add'l) | 02/06/15 | J | | |
| 678. | | | | | Buy (add'l) | 03/06/15 | J | | |
| 679. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 680. | | | | | Buy (add'l) | 07/22/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681.  --Ebay Inc | | | | | | | | | |
| 682.  --EQT Corporation Com New | | | | | Buy | 11/03/15 | J | | |
| 683. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 684. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 685. | | | | | Buy (add'l) | 11/24/15 | J | | |
| 686. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 687. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 688.  --Express Inc | | | | | Buy (add'l) | 01/23/15 | J | | |
| 689. | | | | | Sold (part) | 03/24/15 | J | | |
| 690. | | | | | Sold (part) | 07/30/15 | J | A | |
| 691. | | | | | Sold (part) | 08/05/15 | J | A | |
| 692. | | | | | Sold (part) | 08/26/15 | J | A | |
| 693. | | | | | Sold (part) | 09/03/15 | J | A | |
| 694.  --FBR & Co | | | | | Buy (add'l) | 11/19/15 | J | | |
| 695.  --Ford Motor Co | | | | | Buy (add'l) | 08/31/15 | J | | |
| 696.  --GM | | | | | | | | | |
| 697.  --Hartford Fin Sers Grp | | | | | Sold (part) | 01/30/15 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold (part) | 02/13/15 | J | B | |
| 699. | | | | | Sold (part) | 02/25/15 | J | A | |
| 700. | | | | | Sold (part) | 02/26/15 | J | B | |
| 701. | | | | | Sold (part) | 03/13/15 | J | B | |
| 702. | | | | | Sold (part) | 04/23/15 | J | C | |
| 703. | | | | | Sold (part) | 04/28/15 | J | B | |
| 704. | | | | | Sold (part) | 04/29/15 | J | B | |
| 705. | | | | | Sold | 05/04/15 | J | B | |
| 706. --Impax Laboratories Inc | | | | | Sold (part) | 07/28/15 | J | B | |
| 707. --Ingersoll-Rand PLC | | | | | | | | | |
| 708. --Interpublic Group of Cos Inc | | | | | Sold (part) | 02/17/15 | J | B | |
| 709. | | | | | Sold (part) | 08/05/15 | J | B | |
| 710. --JP Morgan Chase | | | | | | | | | |
| 711. --Koninklijke Phil El Sp Adr New | | | | | Buy | 04/28/15 | J | | |
| 712. | | | | | Buy (add'l) | 04/29/15 | J | | |
| 713. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 714. | | | | | Buy (add'l) | 05/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. --Loews Corp | | | | | | | | | |
| 716. --Metro AG Unspon ADR | | | | | | | | | |
| 717. --Microsoft Corp | | | | | Sold (part) | 01/27/15 | J | B | |
| 718. | | | | | Sold (part) | 04/30/15 | J | A | |
| 719. | | | | | Sold (part) | 05/07/15 | J | A | |
| 720. | | | | | Sold (part) | 06/02/15 | J | A | |
| 721. | | | | | Sold (part) | 06/18/15 | J | A | |
| 722. | | | | | Sold | 06/23/15 | J | C | |
| 723. --Mitel Networks Corp | | | | | Buy | 04/10/15 | J | | |
| 724. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 725. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 726. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 727. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 728. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 729. --Netapp Inc Com | | | | | Buy | 05/21/15 | J | | |
| 730. | | | | | Buy (add'l) | 05/22/15 | J | | |
| 731. | | | | | Buy (add'l) | 06/09/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Buy (add'l) | 06/25/15 | J | | |
| 733. | | | | | Sold (part) | 12/23/15 | J | | |
| 734. | | | | | Sold | 12/24/15 | J | | |
| 735.  --Norwegian Cruise Line Hlds Inc | | | | | Sold (part) | 01/09/15 | J | B | |
| 736. | | | | | Sold (part) | 04/20/15 | J | B | |
| 737. | | | | | Sold | 04/22/15 | J | A | |
| 738.  --NRG Energy Inc | | | | | Sold | 10/27/15 | J | | |
| 739.  --Occidental Petroleum Corp | | | | | Buy (add'l) | 01/06/15 | J | | |
| 740. | | | | | Buy (add'l) | 03/27/15 | J | | |
| 741. | | | | | Buy (add'l) | 08/07/15 | J | | |
| 742.  --Oracle Corp | | | | | Buy (add'l) | 12/08/15 | J | | |
| 743.  --Orkla ADR A Shs | | | | | Sold (part) | 06/15/15 | J | | |
| 744.  --Paccar Inc | | | | | | | | | |
| 745.  --Paramount Group Inc | | | | | | | | | |
| 746.  --Pennymac Mortgage Investment | | | | | | | | | |
| 747.  --Pfizer Inc | | | | | Sold (part) | 04/29/15 | J | B | |
| 748. | | | | | Sold (part) | 10/20/15 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold (part) | 10/29/15 | J | B | |
| 750. | | | | | Sold (part) | 10/30/15 | J | B | |
| 751.  --Phillips 66 Com | | | | | Sold (part) | 08/06/15 | J | A | |
| 752. | | | | | Sold (part) | 11/06/15 | J | A | |
| 753.  --Private Bancorp Inc | | | | | Sold (part) | 06/30/15 | J | B | |
| 754. | | | | | Sold | 07/01/15 | J | C | |
| 755.  --Redwood Trust Inc | | | | | Buy (add'l) | 03/31/15 | J | | |
| 756. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 757.  --Reinsurance Group of America | | | | | Sold (part) | 06/29/15 | J | B | |
| 758.  --Royal Dutch Shell Plc | | | | | Buy (add'l) | 01/30/15 | J | | |
| 759. | | | | | Buy (add'l) | 03/03/15 | J | | |
| 760. | | | | | Sold (part) | 04/15/15 | J | | |
| 761.  --Sanofi ADR | | | | | Buy (add'l) | 01/05/15 | J | | |
| 762. | | | | | Buy (add'l) | 01/06/15 | J | | |
| 763. | | | | | Sold (part) | 04/14/15 | J | B | |
| 764. | | | | | Sold (part) | 10/21/15 | J | A | |
| 765.  --Suncor Energy Inc New Com | | | | | Buy | 01/21/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy (add'l) | 01/22/15 | J | | |
| 767. | | | | | Buy (add'l) | 01/23/15 | J | | |
| 768. | | | | | Buy (add'l) | 06/03/15 | J | | |
| 769. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 770. --Talisman Energy Inc | | | | | Sold (part) | 01/06/15 | J | | |
| 771. | | | | | Sold (part) | 01/30/15 | J | | |
| 772. | | | | | Sold (part) | 02/03/15 | J | | |
| 773. | | | | | Sold (part) | 02/05/15 | J | | |
| 774. | | | | | Sold (part) | 02/09/15 | J | | |
| 775. | | | | | Sold | 02/10/15 | J | | |
| 776. --Target Corporation | | | | | Sold (part) | 03/19/15 | J | B | |
| 777. | | | | | Sold (part) | 06/19/15 | J | A | |
| 778. --Teradyne Inc | | | | | Buy (add'l) | 04/24/15 | J | | |
| 779. | | | | | Sold (part) | 06/12/15 | J | A | |
| 780. | | | | | Sold (part) | 12/22/15 | J | A | |
| 781. --Terex Cp New Del | | | | | Buy | 03/13/15 | J | | |
| 782. | | | | | Buy (add'l) | 03/16/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 784. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 785. --Teva Pharmaceuticals | | | | | Sold (part) | 04/10/15 | J | A | |
| 786. | | | | | Sold (part) | 07/28/15 | J | A | |
| 787. | | | | | Sold (part) | 08/26/15 | J | A | |
| 788. | | | | | Sold (part) | 10/21/15 | J | B | |
| 789. | | | | | Sold (part) | 10/26/15 | J | B | |
| 790. --Unumprovident Corp | | | | | Buy (add'l) | 02/05/15 | J | | |
| 791. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 792. --Verifone Systems Inc | | | | | Buy (add'l) | 06/18/15 | J | | |
| 793. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 794. --Viacom Inc | | | | | Buy (add'l) | 07/31/15 | J | | |
| 795. | | | | | Buy (add'l) | 08/16/15 | J | | |
| 796. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 797. --Wal Mart Stores Inc | | | | | Buy | 04/23/15 | J | | |
| 798. --Zions Bancorp | | | | | Sold (part) | 03/16/15 | J | | |
| 799. | | | | | Sold (part) | 03/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Sold | 03/20/15 | J | | |
| 801. TRUST #6 (MS FID SVCS ACTIVE ASSETS -974) | E | Int./Div. | O | T | | | | | |
| 802. -MS Liquid Asset Fund | | | | | | | | | |
| 803. -Common Stocks: | | | | | | | | | |
| 804. --Abbvie Inc Com | | | | | Buy (add'l) | 10/26/15 | J | | |
| 805. --American Water Works Co | | | | | Sold (part) | 01/08/15 | J | C | |
| 806. | | | | | Sold (part) | 10/20/15 | J | C | |
| 807. | | | | | Sold (part) | 10/21/15 | J | B | |
| 808. --Ares Capital Corp | | | | | Buy | 01/16/15 | J | | |
| 809. | | | | | Sold (part) | 04/15/15 | J | | |
| 810. | | | | | Sold (part) | 04/20/15 | J | | |
| 811. --AT&T | | | | | | | | | |
| 812. --Baxter Intl Inc | | | | | Sold | 06/17/15 | K | B | |
| 813. --BCE Inc | | | | | | | | | |
| 814. --BK Montreal | | | | | | | | | |
| 815. --Cisco Sys Inc | | | | | Buy (add'l) | 06/12/15 | J | | |
| 816. --CME Group Inc | | | | | Sold (part) | 01/08/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Sold | 04/07/15 | J | C | |
| 818. | | | | | Buy | 12/17/15 | K | | |
| 819. --Coach Inc | | | | | Buy | 01/08/15 | K | | |
| 820. --Digital Realty Trust Inc. | | | | | Sold (part) | 01/16/15 | J | A | |
| 821. --Domtar Corporation New | | | | | Buy | 02/10/15 | J | | |
| 822. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 823. --Eaton Corp Plc | | | | | | | | | |
| 824. --Energy Trans Eqty LP | | | | | | | | | |
| 825. --Energy Transfer Partners | | | | | | | | | |
| 826. --Ensco PLC Class A | | | | | Sold | 01/23/15 | J | | |
| 827. --Enterprise Prod Prtners LP | | | | | | | | | |
| 828. --Gamestop Corp | | | | | Buy | 04/09/15 | J | | |
| 829. | | | | | Buy (add'l) | 04/10/15 | J | | |
| 830. | | | | | Sold | 12/11/15 | J | | |
| 831. --GE | | | | | Sold (part) | 01/08/15 | J | B | |
| 832. --Glaxosmithkline PLC | | | | | | | | | |
| 833. --Golar Lng Ltd | | | | | Sold (part) | 09/15/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold | 09/16/15 | J | A | |
| 835. --HCP Inc | | | | | | | | | |
| 836. --Host Hotel & Resorts Inc | | | | | | | | | |
| 837. --Intel Corp | | | | | Sold | 03/12/15 | J | C | |
| 838. --Johnson & Johnson | | | | | | | | | |
| 839. --Kinder Morgan Incorp | | | | | Sold | 12/11/15 | K | | |
| 840. --Lamar Advertising Co | | | | | | | | | |
| 841. --Lyondellbasell Nv | | | | | | | | | |
| 842. --Magellan Midstream Partners LP | | | | | Buy | 12/15/15 | J | | |
| 843. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 844. --Markwest Engy Ptnrs Lp | | | | | Sold | 12/04/15 | J | | |
| 845. --Maxim Integrated Products Inc | | | | | Sold (part) | 10/20/15 | J | C | |
| 846. --Merck & Co | | | | | | | | | |
| 847. --Microchip Technology Inc | | | | | | | | | |
| 848. --Microsoft Corp | | | | | | | | | |
| 849. --MPLX Lp Unit Rep Ltd | | | | | Buy | 12/18/15 | J | | |
| 850. --Natl Grid Transco | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Sammartino, Janis L.                                    05/10/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851.  --Nisource Inc | | | | | | | | | |
| 852.  --Novartis Ag Adr | | | | | | | | | |
| 853.  --Omega Healthcare Inv Inc | | | | | Sold (part) | 01/16/15 | J | B | |
| 854.  --Oneok Partners LP | | | | | Sold | 12/16/15 | J | | |
| 855.  --Pfizer Inc | | | | | | | | | |
| 856.  --Plains All American Piplin | | | | | Buy (add'l) | 01/16/15 | J | | |
| 857.  --Proctor & Gamble | | | | | Buy | 06/17/15 | K | | |
| 858. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 859.  --Seagate Technology PLC | | | | | Sold (part) | 01/08/15 | J | A | |
| 860.  --Senior Hsg Ppty Tr | | | | | | | | | |
| 861.  --Spectra Energy Corp | | | | | | | | | |
| 862.  --Stmicroelectronics Nv | | | | | Sold (part) | 11/19/15 | J | | |
| 863. | | | | | Sold (part) | 11/20/15 | J | | |
| 864. | | | | | Sold (part) | 11/23/15 | J | | |
| 865.  --The J.M. Smucker Company | | | | | Buy | 09/22/15 | K | | |
| 866.  --Toronto Dom Bk New | | | | | Buy | 12/18/15 | J | | |
| 867.  --Verizon Communications | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. --Vodafone GP PLC | | | | | | | | | |
| 869. --Weyerhaeuser Co | | | | | Buy (add'l) | 05/27/15 | J | | |
| 870. --Williams Co Inc | | | | | | | | | |
| 871. TRUST #7 (MS ACTIVE ASSETS ACCT) | F | Int./Div. | P1 | T | | | | | |
| 872. -MS Bank Account | | | | | | | | | |
| 873. -Common Stocks | | | | | | | | | |
| 874. --Bank of America Corp | | | | | | | | | |
| 875. --Ford Motor Co New | | | | | | | | | |
| 876. --Gilead Science | | | | | | | | | |
| 877. --Home Depot Inc | | | | | Buy | 07/21/15 | J | | |
| 878. --Lowes Companies Inc | | | | | Buy | 07/21/15 | J | | |
| 879. --Mobileye N.V. | | | | | Buy | 07/21/15 | J | | |
| 880. -Preferred Stocks | | | | | | | | | |
| 881. --Citigroup Inc 6.875% | | | | | | | | | |
| 882. --Fifth Third Bancorp 6.625%-l | | | | | | | | | |
| 883. --Ing Groep stock | | | | | Sold | 07/15/15 | K | C | |
| 884. --Wells Fargo & Company 6.625% | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885.  -Municipal Bonds | | | | | | | | | |
| 886.  --CA St Genl Oblig Build America Mun Bond (transferred to Trust #2) | | | | | Closed | 12/15/15 | L | | |
| 887.  -Corporate Bonds: | | | | | | | | | |
| 888.  --JP Morgan Chase & Co 6.12% Fixed to Float 4/30/2024 | | | | | Buy | 09/24/15 | K | | |
| 889.  --Morgan Stanley (-CE3) | | | | | | | | | |
| 890.  --Barclays Bank PLC | | | | | | | | | |
| 891.  --Marathon Oil Corp | | | | | | | | | |
| 892.  --General Electric Co | | | | | | | | | |
| 893.  --Goldman Sachs Group Inc | | | | | | | | | |
| 894.  --AT&T Inc | | | | | | | | | |
| 895.  --Verizon Communications | | | | | | | | | |
| 896.  --Mondelez International | | | | | | | | | |
| 897.  --Frontier Communications | | | | | | | | | |
| 898.  --TYCO International Finan | | | | | Sold | 09/16/15 | J | B | |
| 899.  --Boeing Co | | | | | | | | | |
| 900.  --CVS Caremark Corp | | | | | | | | | |
| 901.  --Indiana Michigan Power | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting

Date of Report

Page 57 of 60

Sammartino, Janis L.

05/10/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. --Lorillard Tobacco Co | | | | | | | | | |
| 903. --Altria Group Inc | | | | | | | | | |
| 904. --Barclays Bank PLC | | | | | | | | | |
| 905. --General Elec Cap Corp | | | | | | | | | |
| 906. --Goldman Sachs Group Inc | | | | | | | | | |
| 907. --Hewlett Packard Co | | | | | | | | | |
| 908. -Other Fixed Income: | | | | | | | | | |
| 909. -Countrywide Alternative Loan Trust | | | | | | | | | |
| 910. -JP Morgan Mortgage Trust (-AE0) | | | | | | | | | |
| 911. -Government Securities: | | | | | | | | | |
| 912. --FNMA 09-19 TD | | | | | | | | | |
| 913. --FHR 3249 CB | | | | | | | | | |
| 914. -Mutual Funds: | | | | | | | | | |
| 915. --Blackrock Strat Inc Opport | | | | | Sold (part) | 12/10/15 | M | B | |
| 916. --Franklin Income C | | | | | | | | | |
| 917. --Highland Fltg Rate Opport C | | | | | | | | | |
| 918. --Invesco Balanced-Risk Alloc C | | | | | Sold | 09/14/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

---

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919.  --Invesco Equal Wghtd S&P 500 C | | | | | Buy | 09/14/15 | K | | |
| 920.  --Oppenheimer SR Floating Rate | | | | | | | | | |
| 921.  --Principal GLB Divers Inc | | | | | | | | | |
| 922.  --Templeton Global Bond Fd | | | | | | | | | |
| 923.  -Equity Trusts | | | | | | | | | |
| 924.  --Unit First Trust Target Global Dividend Leaders 1sr Qtr 14 | | | | | Sold | 03/05/15 | L | A | |
| 925.  --Unit First Trust Target Global Dividend Leaders 3rd Qtr 14 | | | | | Sold | 08/27/15 | K | | |
| 926.  --Unit First Trust Target Global Dividend Leaders 1st Qtr 15 | | | | | Buy | 03/05/15 | L | | |
| 927.  --Unit First Trust Target Global Dividend Leaders 3rd Qtr 15 | | | | | Buy | 08/27/15 | K | | |
| 928.  -AIP Glbl L/S P Hedge Fund | | | | | Buy (add'l) | 11/30/15 | J | | |
| 929.  TRUST #8 (Morgan Stanley Retirement Account- RPM Profit Sharing) (X) | None | | L | T | | | | | |
| 930.  -John Hancock Intl Growth C Mutual Fund | | | | | Buy | 06/30/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

---

## FINANCIAL DISCLOSURE REPORT

Page 60 of 60

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sammartino, Janis L. | 05/10/2016 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janis L. Sammartino**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544